(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**District of South Dakota** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rush Jr., Dale E.** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Rush, Polly A.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Polly A. Walter** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-9767** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if<br>more than one, state all):<br>**xxx-xx-2019** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1023 S. Penn Street**<br>**Aberdeen, SD  57401** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1023 S. Penn Street**<br>**Aberdeen, SD  57401** |
| County of Residence or of the<br>Principal Place of Business:  **Brown** | County of Residence or of the<br>Principal Place of Business:  **Brown** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee Attached |
| **Chapter 11 Small Business (Check all boxes that apply)** | | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | Must attach signed application for the court's consideration certifying |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | | that the debtor is unable to pay fee except in installments.<br>Rule 1006(b).  See Official Form No. 3. |

| **Statistical/Administrative Information**  (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☑ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 1000-over<br>☐ | | |
|---|---|---|---|---|---|---|---|---|

Estimated Assets

| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☑ | $100,001 to<br>$500,000<br>☐ | $500,001 to<br>$1 million<br>☐ | $1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ |
|---|---|---|---|---|---|---|---|

Estimated Debts

| $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☑ | $500,001 to<br>$1 million<br>☐ | $1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,001 to<br>$100 million<br>☐ | More than<br>$100 million<br>☐ |
|---|---|---|---|---|---|---|---|

(Official Form 1) (12/03)                                                                                    **FORM B1, Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)**Dale E. Rush Jr., Polly A. Rush** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed:     **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>   **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **s/ Dale E. Rush Jr.**
Signature of Debtor

X   **s/ Polly A. Rush**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**3/11/2004**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10Kand 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐  Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   /s/ Dale A. Wein                    **3/11/2004**
Signature of Attorney for Debtor(s)          Date

**Signature of Attorney**

X   **/s/ Dale A. Wein**
Signature of Attorney for Debtor(s

**Dale A. Wein,**

Printed Name of Attorney for Debtor(s) / Bar No.

**Ronayne and Wein, LLP**

Firm Name

**505 South Washington Street  P.O. Box 759**

Address

**Aberdeen, SD 57402-0759**

**(605) 225-0100**                           **(605) 225-9558**
Telephone Number

**3/11/2004**
Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐      Yes, and Exhibit C is attached and made a part of this petition.
☑      No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X   **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Form B6**
**(6/90)**

# United States Bankruptcy Court
## District of South Dakota

In re   **Dale E. Rush Jr.**                    **Polly A. Rush**                    Case No.

Chapter   **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 64.000.00 | | |
| B - Personal Property | YES | 4 | $ 20,805.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 92.984.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 39.146.91 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 2,766.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,040.00 |
| Total Number of sheets in ALL Schedules ➢ | | 21 | | | |
| Total Assets ➢ | | | $ 84,805.00 | | |
| Total Liabilities ➢ | | | | $ 132,130.91 | |

FORM B6A
(6/90)

**In re:**  **Dale E. Rush Jr.**            **Polly A. Rush**     ,     **Case No.**                    

               **Debtor**                                                             **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Homestead,**<br>**1023 S. Penn Street**<br>**Aberdeen, SD  57401** | | **J** | **$ 64,000.00** | **$ 61,030.00** |
| | **Total** ➤ | | **$ 64,000.00** | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re   **Dale E. Rush Jr.**                              **Polly A. Rush**                    `                Case No.
                           **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | **150.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Great Western Bank (checking account)** | J | **900.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Beds** | J | **75.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Chair** | J | **50.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Couch** | J | **300.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Dressers** | J | **50.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Gas Grill** | J | **15.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Microwave** | J | **10.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Night Stand** | J | **20.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Refrigerator** | J | **300.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Stereo** | J | **100.00** |
| | | | | |

FORM B6B
(10/89)

In re  **Dale E. Rush Jr.**                    **Polly A. Rush**                    `,`   **Case No.**  _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Stove** | J | **300.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Table and Chairs** | J | **15.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Table and Chairs** | J | **20.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Tables** | J | **5.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Television** | J | **120.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Vacuum Cleaner** | J | **20.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **VCR** | J | **5.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Washer/Dryer** | J | **150.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Joint Debtors Clothing** | J | **700.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| | | | | |

FORM B6B
(10/89)

In re **Dale E. Rush Jr.**            **Polly A. Rush**            '   **Case No.** _____

                    **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | **North Central States Pension** | **H** | **0.00** |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | **South Dakota State Retirement System** | **W** | **500.00** |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |

FORM B6B
(10/89)

In re   **Dale E. Rush Jr.**                          **Polly A. Rush**                      ,   **Case No.** _____
                          **Debtor**                                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1978 Chevy Pickup** | **J** | **1,000.00** |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Dodge Intrepid** | **J** | **8,000.00** |
| 24. Boats, motors, and accessories. | | **2000 Harley Davidson Motorcycle** | **J** | **8,000.00** |
| 25. Aircraft and accessories. | **X** | | | |
| 26. Office equipment, furnishings, and supplies. | **X** | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | **X** | | | |
| 28. Inventory. | **X** | | | |
| 29. Animals. | **X** | | | |
| 30. Crops - growing or harvested.  Give particulars. | **X** | | | |
| 31. Farming equipment and implements. | **X** | | | |
| 32. Farm supplies, chemicals, and feed. | **X** | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | **X** | | | |

__3__   continuation sheets attached                                 Total  ➤       **$ 20,805.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re   **Dale E. Rush Jr.**                    **Polly A. Rush**                    , **Case No.** _____
                    Debtor.                                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d).   **Note: These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Beds** | **SDCL §43-45-4** | **75.00** | **75.00** |
| **Cash** | **SDCL §43-45-4** | **150.00** | **150.00** |
| **Chair** | **SDCL §43-45-4** | **50.00** | **50.00** |
| **Couch** | **SDCL §43-45-4** | **300.00** | **300.00** |
| **Dressers** | **SDCL §43-45-4** | **50.00** | **50.00** |
| **Gas Grill** | **SDCL §43-45-4** | **15.00** | **15.00** |
| **Great Western Bank (checking account)** | **SDCL §43-45-4** | **900.00** | **900.00** |
| **Homestead, 1023 S. Penn Street Aberdeen, SD  57401** | **SDCL §§ 43-31-1, 43-45-3** | **30,000.00** | **64,000.00** |
| **Joint Debtors Clothing** | **SDCL § 43-45-2** | **700.00** | **700.00** |
| **Microwave** | **SDCL §43-45-4** | **10.00** | **10.00** |
| **Night Stand** | **SDCL §43-45-4** | **20.00** | **20.00** |
| **North Central States Pension** | **SDCL § 43-45-16** | **0.00** | **0.00** |
| **Refrigerator** | **SDCL §43-45-4** | **300.00** | **300.00** |
| **South Dakota State Retirement System** | **SDCL § 3-12-115** | **500.00** | **500.00** |
| **Stereo** | **SDCL §43-45-4** | **100.00** | **100.00** |
| **Stove** | **SDCL §43-45-4** | **300.00** | **300.00** |
| **Table and Chairs** | **SDCL §43-45-4** | **20.00** | **20.00** |
| **Table and Chairs** | **SDCL §43-45-4** | **15.00** | **15.00** |
| **Tables** | **SDCL §43-45-4** | **5.00** | **5.00** |
| **Television** | **SDCL §43-45-4** | **120.00** | **120.00** |
| **Vacuum Cleaner** | **SDCL §43-45-4** | **20.00** | **20.00** |
| **VCR** | **SDCL §43-45-4** | **5.00** | **5.00** |
| **Washer/Dryer** | **SDCL §43-45-4** | **150.00** | **150.00** |

FORM B6D
(12/03)

In re:   **Dale E. Rush Jr.**                  **Polly A. Rush**                              **Case No.**
                          Debtor                                                         ,                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Aberdeen Finance**<br>**18 3rd Ave SE**<br>**Aberdeen, SD  57401** | | | **Avoidable non-PMSI in household goods incurred in 7-03**<br>_____<br>**VALUE $0.00** | | | | **1,081.00** | **1,081.00** |
| ACCOUNT NO.<br><br>**Citifinancial**<br>**PO Box 8019**<br>**South Hackensack, NJ  07606-8019** | | | **PMSI in stove / refrigerator incurred in 7-03**<br>_____<br>**VALUE $600.00** | | | X | **1,000.00** | **400.00** |
| ACCOUNT NO.<br><br>**Citifinancial**<br>**PO Box 9021**<br>**Des Moines, IA  50368-9021** | | | **PMSI in Furniture incurred in 1999**<br>_____<br>**VALUE $600.00** | | | X | **816.00** | **216.00** |
| ACCOUNT NO.   **4202925204**<br>**Great Western Bank**<br>**PO Box 80**<br>**Aberdeen, SD  57402-0080** | | | **Security interest in**<br>**1978 Chevy Pickup, 2001 Dodge Interpid and 2000 Harley Davidson**<br>_____<br>**VALUE $17,000.00** | | | | **29,057.00** | **12,000.00** |
| ACCOUNT NO.   **9118217**<br>**Home Federal Bank**<br>**PO Box 370**<br>**Aberdeen,  SD  57402-0370** | | | **Mortgage in**<br><br>**Homestead located at 1023 S. Penn Street, Aberdeen, SD  57401 incurred in 9-2000**<br>_____<br>**VALUE $64,000.00** | | | | **61,030.00** | **0.00** |

<u>0</u> Continuation sheets attached

|  | |
|---|---|
| **Subtotal** ➢<br>(Total of this page) | **$92,984.00** |
| **Total** ➢<br>(Use only on last page) | **$92,984.00** |

(Report total also on Summary of Schedules)

Form B6E
(12/03)

In re   **Dale E. Rush Jr.**                              **Polly A. Rush**                          ,   Case No.
                                        Debtor                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1   Continuation sheets attached

Form B6E - Cont.
(12/03)

In re   **Dale E. Rush Jr.**                    **Polly A. Rush**                    ,   Case No.   _____
            Debtor                                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤  
(Total of this page)                   **$0.00**

Total ➤  
**(Use only on last page of the completed Schedule E.)**                   **$0.00**

(Report total also on Summary of Schedules)

Form B6F (12/03)

**In re** <u>Dale E. Rush Jr.</u>          <u>Polly A. Rush</u>          ,   **Case No.** _____
              **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **94900**<br>**Aberdeen Federal Credit Union**<br>**PO Box 1495**<br>**Aberdeen, SD  57402-1495** | | J | **cash loan** | | | | **3,434.00** |
| ACCOUNT NO. **5178052319532228**<br>**Academy Collection Service Inc.**<br>**10965 Decater Road**<br>**Philadelphia PA  19154-3210** | | J | | | | | **721.55** |
| ACCOUNT NO. **275046**<br>**AMI**<br>**PO Box 1843**<br>**Sioux Falls, SD  57101** | | J | **Hospital Bills** | | | | **345.70** |
| ACCOUNT NO. **5044980211382650**<br>**AVCO**<br>**3300 S. Parker Road**<br>**Aurora, CO  80014** | | J | | | | | **829.00** |
| ACCOUNT NO. **L12240974 / L1204093**<br>**Avera St. Lukes**<br>**305 S. State Street**<br>**Aberdeen, SD  57401** | | J | **01/01/2004**<br>**Hospital Bills** | | | | **1,238.00** |

<u>6</u>   Continuation sheets attached

Subtotal  ➢   | **$6,568.25** |

Total  ➢   | |

Form B6F - Cont.
(12/03)

**In re**　**Dale E. Rush Jr.**　　　　　　**Polly A. Rush**　　　　　　　　　　.　**Case No.**　_____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4266491400227163** <br><br> **Bank One Colorado** <br> **1516 W. 17th Street** <br> **Tempe, AZ  85281** |  | J | **Credit Card** |  |  |  | **2,760.00** |
| ACCOUNT NO. <br><br> **CAC Financial Corp** <br> **2601 NW Express Way** <br> **Oklahoma City OK  73112** |  | J |  |  |  |  | **0.00** |
| ACCOUNT NO. <br><br> **Cambece Law** <br> **370 17th Street #5000** <br> **Denver CO  80202** |  | J |  |  |  |  | **0.00** |
| ACCOUNT NO. **412174192454** <br><br> **Capitol One** <br> **4851 Cox Road** <br> **Richmond, VA  23229** |  | H | **Credit Card** |  |  |  | **724.00** |
| ACCOUNT NO. **517805231953** <br><br> **Capitol One** <br> **11013 W. Broad Street** <br> **Glen Allen, VA  23060** |  | J | **Credit Card** |  |  |  | **714.00** |

Sheet no. 1 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)　　**$4,198.00**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re**   **Dale E. Rush Jr.**                    **Polly A. Rush**                    .   **Case No.** _____

              **Debtor**                                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  **51780231695** <br> **Capitol One** <br> **11013 W. Broad Street** <br> **Glen Allen, VA  23060** |  | H | Credit Card |  |  |  | 771.00 |
| **ACCOUNT NO.**  **5179459950** <br> **Chase** <br> **100 Duffy Ave.** <br> **Hicksville, NY  11801** |  | W | Credit Card |  |  |  | 5,075.00 |
| **ACCOUNT NO.**  **67430954-0155658** <br> **Citifinancial** <br> **PO Box 17127** <br> **Baltimore, MD  21297-1127** |  | J | Credit Card |  |  |  | 1,103.74 |
| **ACCOUNT NO.**  **6032590291808029** <br> **Citifincial** <br> **PO Box 6080** <br> **Newark, DE  19714** |  | J | Credit Card |  |  |  | 1,048.00 |
| **ACCOUNT NO.**  **4082965** <br> **Client Serivces Inc** <br> **3451 Harry S. Truman Blvd.** <br> **St. Charles MO  63301** |  | J |  |  |  |  | 258.70 |

Sheet no. 2 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)     **$8,256.44**

Total ➤

**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re** **Dale E. Rush Jr.** **Polly A. Rush** , **Case No.** _____
**Debtor** **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5178007251506200**<br>**First Premier Bank**<br>**601 S. Minnesota Ave.**<br>**Sioux Falls, SD  57104** | | W | **Credit Card** | | | | 505.00 |
| ACCOUNT NO. **541712259759**<br>**First USA**<br>**1001 Jefferson Plaza**<br>**Wilmington, DE  19701** | | H | **Credit Card** | | | | 5,916.00 |
| ACCOUNT NO.<br>**Green Tree Retail**<br>**1400 Turbine Drive**<br>**Rapid City, SD  57701** | | J | | | | | 0.00 |
| ACCOUNT NO. **9041100111763975**<br>**Herbergers**<br>**PO Box 10327**<br>**Jackson, MS  39289** | | J | **Credit Card** | | | | 739.00 |
| ACCOUNT NO. **5488975024899240**<br>**Household Bank**<br>**PO Box 98706**<br>**Las Vegas, NV  89193** | | W | **Credit Card** | | | | 983.00 |

Sheet no. 3 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  **$8,143.00**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re**   **Dale E. Rush Jr.**                    **Polly A. Rush**                     .   **Case No.** _____

                        **Debtor**                                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **12808024040200553** <br><br> **JA Cambece Law Office PC** <br> **8 Bourbon Street** <br> **Peabody, MA  01960** | | J | | | | | **5,075.19** |
| ACCOUNT NO.   **8284211342** <br><br> **JC Penney** <br> **PO Box 981131** <br> **El Paso, TX  7998** | | H | **Credit Card** | | | | **1,310.00** |
| ACCOUNT NO.   **6351739159** <br><br> **JC Penney** <br> **PO Box 981131** <br> **El Paso, TX  79998** | | J | **Credit Card** | | | | **769.00** |
| ACCOUNT NO.   **8512186670** <br><br> **Maurices** <br> **220 W. Schrock Road** <br> **Westerville, OH  43081** | | W | **Credit Card** | | | | **258.00** |
| ACCOUNT NO.   **600430090507** <br><br> **Menards** <br> **PO Box 703** <br> **Wood Dale, IL  60191** | | H | **Credit Card** | | | | **520.00** |

Sheet no. _4_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   (Total of this page)     **$7,932.19**

Total ➤

**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re** **Dale E. Rush Jr.**                    **Polly A. Rush**                    .   **Case No.** _____

**Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**National Bank Card <br>PO Box 7028 <br>Dover DE  19903** | | J | | | | | 0.00 |
| ACCOUNT NO.   **4121741924543635** <br><br>**NCO Financial Systems Inc. <br>507 Prudential Road <br>Horsham PA  19044** | | J | | | | | 737.73 |
| ACCOUNT NO.   **5178052316952197** <br><br>**NCO Financial Systems Inc. <br>507 Prudential Road <br>Horsham PA  19044** | | J | | | | | 802.19 |
| ACCOUNT NO. <br><br>**New Bank SD <br>101 N Phillips Ave. <br>Sioux Falls, SD  57102** | | J | | | | | 0.00 |
| ACCOUNT NO.   **2235333186** <br><br>**Providian Financial <br>PO Box 10327 <br>Jackson, MS  39289** | | W | **Credit Card** | | | | 883.00 |

Sheet no. 5 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)   **$2,422.92**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Dale E. Rush Jr.**                    **Polly A. Rush**                    .   Case No.
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **unknown**<br><br>**TC & T Law**<br>**2880 Dresden Drive**<br>**Atlanta, GA  30341** | | J | | | | | **nknown amount** |
| ACCOUNT NO.  **3313016127**<br><br>**Texaco**<br>**PO Box 15687**<br>**Wilmington, DE  19850** | | W | **Credit Card** | | | | **847.00** |
| ACCOUNT NO.<br><br>**United Recovery System**<br>**3100 S. Gessner Rd ste. 40**<br>**Lawrence, MA  01840** | | J | | | | | **0.00** |
| ACCOUNT NO.  **6004300905079700**<br><br>**United Recovery Systems Inc.**<br>**PO Box 722929**<br>**Houston, TX  77272-2929** | | J | | | | | **520.41** |
| ACCOUNT NO.  **8512186670**<br><br>**World Financial Network**<br>**National Bank Audit & Inv. Division**<br>**PO Box 182685**<br>**Columbus, OH  43218-2685** | | J | | | | | **258.70** |

Sheet no.  6  of  6  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢
(Total of this page)                    **$1,626.11**

Total  ➢                    **$39,146.91**
**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

Form B6G
(10/89)

**In re:**  **Dale E. Rush Jr.**                    **Polly A. Rush**                    ,   **Case No.**
                            **Debtor**                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

In re: **Dale E. Rush Jr.**                              **Polly A. Rush**                      ,    **Case No.** _____
                    **Debtor**                                                                                                          **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(12/03)

**In re**    **Dale E. Rush Jr., Polly A. Rush**      , **Case No.**

          **Debtor**                **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age: **28** <br> Spouse's Age: **25** | RELATIONSHIP <br> **Daughter** <br> **Son** | | AGE <br><br> **4** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **warehouse** | **clerk** |
| Name of Employer | **Jewett Drug Co.** | **Brown Co. Assessor** |
| How long employed | **12 years** | **1 year** |
| Address of Employer | **217 Railroad Ave SE** <br> **Aberdeen, SD  57401** | **25 Market Street** <br> **Aberdeen, SD  57401** |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | **1,960.00** | $ | **1,590.00** |
| Estimated monthly overtime | $ | **0.00** | $ | **0.00** |
| SUBTOTAL | $ | **1,960.00** | $ | **1,590.00** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **190.00** | $ | **100.00** |
| b. Insurance | $ | **0.00** | $ | **340.00** |
| c. Union dues | $ | **32.00** | $ | **0.00** |
| d. Other (Specify)   **Flex Benefit** | $ | **0.00** | $ | **25.00** |
|    **Life Insurance** | $ | **0.00** | $ | **1.00** |
|    **SD Retirement System (mandatory)** | $ | **0.00** | $ | **96.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **222.00** | $ | **562.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,738.00** | $ | **1,028.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | **0.00** |
| Income from real property | $ | **0.00** | $ | **0.00** |
| Interest and dividends | $ | **0.00** | $ | **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ | **0.00** |
| Social security or other government assistance (Specify) | $ | **0.00** | $ | **0.00** |
| Pension or retirement income | $ | **0.00** | $ | **0.00** |
| Other monthly income (Specify) | $ | **0.00** | $ | **0.00** |
| TOTAL MONTHLY INCOME | $ | **1,738.00** | $ | **1,028.00** |

TOTAL COMBINED MONTHLY INCOME      **$ 2,766.00**      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:    **NONE**

Form B6I
(12/03)

**In re**      **Dale E. Rush Jr., Polly A. Rush**                                  ,   **Case No.**

                                                    **Debtor**                                                                  **(If known)**


# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**Form B6J**
**(6/90)**

In re **Dale E. Rush Jr., Polly A. Rush**                                    , Case No. _____

**Debtor**                                                                        **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
    schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 600.00 |
| Are real estate taxes included?  Yes ✓  No _____ | | |
| Is property insurance included?  Yes ✓  No _____ | | |
| Utilities    Electricity and heating fuel | $ | 140.00 |
| Water and sewer | $ | 40.00 |
| Telephone | $ | 65.00 |
| Other    **Cable** | $ | 35.00 |
| Home maintenance (repairs and upkeep) | $ | 50.00 |
| Food | $ | 500.00 |
| Clothing | $ | 60.00 |
| Laundry and dry cleaning | $ | 60.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 95.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 645.00 |
| Other | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other    **Daycare** | $ | 400.00 |

| | | |
|---|---|---:|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 3,040.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | _____ |
| B. Total projected monthly expenses | $ | _____ |
| C. Excess income (A minus B) | $ | _____ |
| D. Total amount to be paid into plan each | $ | _____ |
| (interval) | | |

Official Form 6 - Cont .
(12/03)

In re: **Dale E. Rush Jr.**                    **Polly A. Rush**                    ,          Case No. _____
          **Debtor**                                                                        **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**21**_____
                                                                    (Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.


Date: **3/11/2004** _____          Signature: **s/ Dale E. Rush Jr.** _____
                                                        **Dale E. Rush Jr.**


Date: **3/11/2004** _____          Signature: **s/ Polly A. Rush** _____
                                                        **Polly A. Rush**


[If joint case, both spouses must sign]


### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


(NOT  APPLICABLE)


Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 7
(12/03)

**UNITED STATES BANKRUPTCY COURT**

**District of South Dakota**

In re:   **Dale E. Rush Jr.**              **Polly A. Rush**              Case No.

**xxx-xx-9767**                    **xxx-xx-2019**              Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **50,164.00** | **Wages** | **2002** |
| **45,703.00** | **Wages** | **2003** |
| **4,598.00** | **Wages** | **2004 (YTD) Dale** |
| **3,801.00** | **Wages** | **2004 (YTD) Polly** |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| | | |

## 3.  Payments to creditors

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

None
☐

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Dale A. Wein**<br>**505 S. Washington Street**<br>**Aberdeen, SD  57401** | **March 2004** | **$750.00 plus costs** |

## 10.  Other transfers

None
☑

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | | |

## 11.  Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Aberdeen Federal Credit union PO Box 1495 Aberdeen, SD  57402-1495** | **Checking Account** | **January 26, 2004** |

## 12.  Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| | | | |

## 13.  Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| | | |

## 14.  Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| | | |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS | DOCKET NUMBER | STATUS OR |
| OF GOVERNMENTAL UNIT | | DISPOSITION |

## 18.  Nature, location and name of business

None
☑

a.       If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
| --- | --- |

* * * * * *

*[if completed by an individual or individual  and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **3/11/2004**                         Signature       **s/ Dale E. Rush Jr.**
of Debtor       **Dale E. Rush Jr.**

Date  **3/11/2004**                         Signature       **s/ Polly A. Rush**
of Joint        **Polly A. Rush**
Debtor

Official Form 8
( 12/03)

## UNITED STATES BANKRUPTCY COURT
## District of South Dakota

In re:   **Dale E. Rush Jr.**                    **Polly A. Rush**                    Case No. _____

**xxx-xx-9767**                    **xxx-xx-2019**                    Chapter    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a.  *Property To Be Surrendered.*

   Description of Property                                        Creditor's Name

   **None**

   b.  *Property To Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| **1. Avoidable non-PMSI in household goods incurred in 7-03** | **Aberdeen Finance** | X | | | |
| **2. PMSI in stove / refrigerator incurred in 7-03** | **Citifinancial** | X | | | |
| **3. PMSI in Furniture incurred in 1999** | **Citifinancial** | X | | | |
| **4. Security interest in 1978 Chevy Pickup, 2001 Dodge Interpid and 2000 Harley Davidson** | **Great Western Bank** | | | X | |
| **5. Homestead located at 1023 S. Penn Street, Aberdeen, SD  57401 incurred in 9-2000** | **Home Federal Bank** | | | X | |

Date:   **3/11/2004**                                        **s/ Dale E. Rush Jr.**
                                                            Signature of Debtor

Date:   **3/11/2004**                                        **s/ Polly A. Rush**
                                                            Signature of Joint Debtor

Form B 21 Official Form 21
(12/03)

## Form 21.  STATEMENT OF SOCIAL SECURITY NUMBER

### UNITED STATES BANKRUPTCY COURT
### District of South Dakota

In re

**Dale E. Rush Jr.**, Debtor                                             )
                                                                          )
                                                                          )
**Polly A. Rush**,  Polly A. Walter,                                      )
                                                                          )
                                        Joint Debtor   )     Case No.
                                                                          )
Address                                                                   )
                                                                          )     Chapter      **7**
      **1023 S. Penn Street**                                             )
      **Aberdeen, SD  57401**                                             )
                                                                          )
                                                                          )
                                                                          )
Employer's Tax Identification (EIN) No(s). [if any]:                      )
      Debtor                                                              )
      Joint Debtor                                                        )
                                                                          )
Last four digits of Social Security No(s).: **xxx-xx-9767**  Debtor       )
Last four digits of Social Security No(s).: **xxx-xx-2019**  Joint Debtor )

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle): **Rush Jr., Dale, E.**

*(Check the appropriate box and, if applicable, provide the required information.)*

☑    Debtor has a Social Security Number and it is : **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**

           (if more than one, state all. )

❑    Debtor does not have a Social Security Number.

2. Name of Joint Debtor (enter Last, First, Middle): **Rush, Polly, A.**

*(Check the appropriate box and, if applicable, provide the required information.)*

☑    Joint Debtor has a Social Security Number and it is : **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**

           (if more than one, state all. )

❑    Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.


X  **s/ Dale E. Rush Jr.**                                    **3/11/2004**
      Signature of Debtor                                        Date


X  **s/ Polly A. Rush**                                       **3/11/2004**
      Signature of Joint Debtor                                  Date

---

*Joint debtors must provide information for both spouses.*

*Penalty for making a false statement*: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.