UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA
Northern Division

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 04-10106 |
| | ) | |
| DALE E. RUSH JR, | ) | Chapter 7 |
| Soc. Sec.  No. 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 | ) | |
| | ) | |
| and | ) | **AMENDMENT TO SCHEDULE B** |
| | ) | **AND NOTICE OF AMENDMENT** |
| POLLY A. RUSH, | ) | |
| Soc. Sec. No. 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 | ) | |

**TO THE COURT AND ALL PARTIES IN INTEREST:**

Debtors Dale E. Rush Jr. and Polly A. Rush amend Schedule B Personal Property as follows

Amend the following property values:

| | |
|---|---|
| 2001 Dodge Intrepid | $11,650.00 |
| 1978 Chevy Truck | $2,500.00 |
| 2000 Harley Davidson | $12,000.00 |

The total amount of personal property following this amendment is $ 28,455.00

We declare under penalty of perjury that the information contained in this amendment is true and correct.

/s/ Dale E. Rush Jr.
DALE E. RUSH JR.

/s/ Polly A. Rush
POLLY A. RUSH

**Your rights may be affected by this amendment.**  You should discuss this Notice with your attorney.  If you do not have an attorney, you may wish to consult one.

Dated this 15th day of April, 2004

/s/ Dale A. Wein
Dale A. Wein
Attorney for Debtors
Post Office Box 759
Aberdeen, South Dakota 57402-0759
(605) 225-0100